AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2026

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| MARTIE MARIE SODERBERG,<br><br>*Plaintiff*<br>v.<br><br>SGT BURRTO'S, OFFICER LADY GUMP, OFFICER MRS. ISANER, UNKNOWN JAIL OFFICER 1, and UNKNOWN OFFICER 2,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.  2:24-CV-0087-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:    Plaintiff's Motion for a Continuance (ECF No. 36) is DENIED.
Defendants' Motion to Dismiss (ECF No. 30) is GRANTED.
Plaintiff's First Amended Complaint (ECF No. 8) is DISMISSED without prejudice.
Any remaining pending motions are DENIED as moot.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    THOMAS O. RICE

Date:  5/4/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*